IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| JOSE E. PEREZ VALENCIA | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 1:15-cv-260 GBL/IDD |
| JANG-WON RESTAURANT, INC., et al. | : | |
| Defendants. | : | |

## ANSWER AND AFFIRMATIVE DEFENSES

Defendants Jang-Won Restaurant, Inc. ("Jang-Won") and Christopher Choi ("Choi"), (collectively, "Defendants"), through undersigned counsel, hereby responds to Plaintiff Jose E. Perez Valencia's ("Plaintiff") Complaint stating as follows:

## INTRODUCTION

Admitted that Plaintiff worked for Jang-Won as a cook. The remaining allegations in the Introduction are denied.

## JURISDICTION & VENUE

1. Admitted.

2. Admitted.

## PARTIES

3. Admitted.

4. Admitted.

5. Denied.

6. Admitted with regard to Jang-Won. Denied with regard to Choi.

7. Admitted with regard to Jang-Won. Denied with regard to Choi.

8. Admitted with regard to Jang-Won. Denied with regard to Choi.

9. Admitted with regard to Jang-Won. Denied with regard to Choi.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

14. Denied.

15. As there are no factual allegations and only a statement of law, no response is required.

16. Denied.

## FACTS

17. Admitted that Plaintiff was employed by Jang-Won. The remaining allegations of paragraph 17 are denied.

18. Admitted that Plaintiff received $560.00 per week. The remaining allegations of paragraph 18 are denied.

19. Denied.

20. Denied.

21. Denied.

22. As there are no factual allegations and only a statement of law, no response is required.

23. Denied that Jang-Won failed to post the required statutory FLSA notice. Denied that Choi had any requirement to post said notice.

24. As there are no factual allegations and only a statement of law, no response is required.

25. Admitted.

26. Denied.

## COUNT I
## (FLSA)

27. Defendants incorporate by reference herein their responses to paragraphs 1 through 26 above.

28. Admitted as to Jang-Won. Denied as to Choi.

29. Denied.

30. Denied.

31. Denied.

WHEREFORE, Defendants deny that Plaintiff is entitled to any relief.

## AFFIRMATIVE DEFENSES

1. Defendant Jang-Won acted in good faith in its payment practices with regard to Plaintiff.

Date:  April 6, 2015               Respectfully submitted,

**JANG-WON RESTAURANT, INC.**
**CHRISTOPHER CHOI, DEFENDANTS**

_/s/_
Michael E. Barnsback
VSB No. 33113
LeClairRyan, a Professional Corporation
2318 Mill Road, Suite 600
Alexandria, Virginia 22310
(703) 647-5931 (phone)
(703) 647-5993 (facsimile)
michael.barnsback@leclairryan.com

## **CERTIFICATE OF SERVICE**

I certify that on this 6th day of April, 2015, a true and correct copy of the foregoing ANSWER AND AFFIRMATIVE DEFENSES was filed with the Court using the CM/ECF system, which will automatically serve a copy to the following counsel of record:

>Mary Craine Lombardo
>Stein Sperling Bennett De Jong Driscoll, PC
>25 West Middle Lane
>Rockville, Maryland 20850
>(301) 340-2020 (phone)
>(301) 354-8216 (facsimile)
>mlombardo@steinsperling.com
>
>*Counsel for Plaintiff*

>      /s/
>Michael E. Barnsback
>VSB No. 33113
>LeClairRyan, a Professional Corporation
>2318 Mill Road, Suite 600
>Alexandria, Virginia 22310
>(703) 647-5931 (phone)
>(703) 647-5993 (facsimile)
>michael.barnsback@leclairryan.com